IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHANNA KLINGLER,

    Petitioner,

v.                                                Case No. 1:22-cv-147-AW-ZCB

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Johanna Klingler seeks § 2254 relief after she was sentenced to 29 years' imprisonment for DUI manslaughter and related offenses. ECF No. 1. In a thorough report and recommendation, the magistrate judge concludes the court should deny relief. ECF No. 18. Having carefully considered the matter, and after a de novo review of Klingler's objections (ECF No. 22), I agree with the magistrate judge. I now adopt the report and recommendation in full and incorporate it into this order.

Klingler has not met her burden. Her objections, which principally offer only reargument, are overruled. The clerk will enter a judgment that says, "The § 2254 petition is denied." The motion for a certificate of appealability (ECF No. 25) is denied because Klingler has not made a substantial showing of the denial of a constitutional right. No certificate of appealability will issue.

1

One final note: Klingler filed a notice of appeal as to the report and recommendation. ECF No. 24. That was premature because the report and recommendation was not a final order. If Klingler wishes to pursue an appeal (which will require a certificate of appealability from the Eleventh Circuit), she must first file a new notice of appeal as to the final judgment.

The clerk will close the file.

SO ORDERED on August 4, 2025.

s/ *Allen Winsor*  
Chief United States District Judge